BENTON G. BASKIN, I/M #52888
HUTCHINSON CORRECTIONAL FACILITY CENTRAL
P.O. BOX 1568
HUTCHINSON, KANSAS 67504





LEGAL MAIL

CLERK, UNITED STATES DISTRICT COURT
SANDRA DAY O'CONNOR U.S. COURTHOUSE, SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118