Benton G. Baskin, I/M #52888
Hutchinson Correctional Facility Central - D-1/#215
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-662-2321
Fax:    (620)-728-3473
E-mail: www.gettingout.com
*Plaintiff-Civil Rights Complainant Pro se*

FILED ___ LODGED
RECEIVED ___ COPY
AUG 0 4 2022
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

August 01, 2022

Customer Service
Ms. Beth Stephenson, Deputy Clerk
Sandra Day O'Connor U.S. Courthouse
          Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

RE: ***CV-21-01890-PHX-SPL-(JFM) - Baskin v. Thomas, et al.***

Dear Ms. Stephenson:

The purpose of this Letter is to Inform {You} that I have simultaneously submitted an Account Withdrawal Request on July 29, 2022, for the sole purpose of a check to be issued to the Court in the amount of $1.50 to Acquire a Copy of the Docket Sheet in Case Number CV-21-01890-PHX-SPL-(JFM) - Baskin v. Thomas, et al.

Consequently, upon mailing the Original and a Copy of the Civil Rights Complaint in the above-captioned case number on November 1, 2021, to the Sandra Day O'Connor U.S. Courthouse, I evidenced My {New Address} and up to date address. It is confusing and troubling that I did not receive confirmation from the District Court Executive/Court Clerk or Chief Deputy or Deputy Clerk, Informing Me of the Receipt and Date the Civil Rights Complaint was Stamped Filed.

Subsequently, I respectfully evidence that the address shown and listed is and has always been My up to date address, upon submission of the Civil Rights Complaint on November 1, 2021; Therefore, Please send all Orders, etc. Concerning *Baskin v. Thomas, et al*. CV-21-01890-PHX-SPL-(JFM) - To the address listed on the Envelope.

Your Prompt Attention in Regard to the Matter(s) listed in this Letter, Will Be Greatly Appreciated. Thank You, For Your Time and Consideration.

Sincerely,

*[signature: Benton G. Baskin]*
Benton G. Baskin, I/M #52888
*Plaintiff-Civil Rights Complainant Pro se*

BENTON G. BASKIN, I/M #52888
HUTCHINSON CORRECTIONAL FACILITY CENTRAL - D-1/#215
P.O. BOX 1568
HUTCHINSON, KANSAS 67504-1568

LEGAL AMIL

CUSTOMER SERVICE
SANDRA DAY O'CONNOR U.S. COURTHOUSE
SUITE 130
401 W. WASHINGTON ST., SPC 1
PHOENIX, ARIZONA 85003-2118

CLERK OF THE COURT
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

RECEIVED
AUG 04 2022

WICHITA KS 670