Matthew L. Shoger, KS No. 28151
Assistant Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| **Baskin,** | ) | Case. No. CV-21-01890-PHX-SPL (JFM) |
| | ) | |
| Plaintiff, | ) | **MOTION TO DISMISS OR, IN THE** |
| | ) | **ALTERNATIVE, TO TRANSFER** |
| v. | ) | |
| | ) | **Accompanied by Memorandum in** |
| **Thomas,** *et al.*, | ) | **Support** |
| | ) | |
| Defendants. | ) | *(Pro Hac Vice)* |
| | ) | |

Defendants (FNU) Giaboian and (FNU) Diaz (the "KDOC Defendants") respectfully request, through Assistant Attorney General Matthew L. Shoger of the state of Kansas, that this Court sever all claims against them and either dismiss those claims pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), and 12(b)(6) or, in the alternative, transfer those claims to the District of Kansas. In compliance with LRCiv 7.2(b), a memorandum in support is filed with this motion. The undersigned has been admitted pro hac vice.

DATED this 3rd day of January, 2022.

OFFICE OF KANSAS ATTORNEY GENERAL
DEREK SCHMIDT

*/s/ Matthew L. Shoger*
Assistant Attorney General Matthew L. Shoger
*Attorney for KDOC Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of January, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with copies to be served by means of first-class mail on the 4th day of January, 2023, postage prepaid, addressed to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility - Central
P.O. Box 1568
Hutchinson, KS 67504
*Plaintiff, pro se*

Courtney Lacaillade
Struck Love Bojanowski & Acedo, PLC
2100 W. Ray Road, Suite 300
Chandler, Arizona 85226
*Attorney for Defendant Westbrook*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Kansas Attorney General