Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility Central
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-662-2321
Fax: (620)-728-3473
www.gettingout.com
*Plaintiff-Pro se*



# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Benton Gene Baskin,<br>    Plaintiff,<br><br>-vs-<br><br>Todd Thomas, et al.,<br>    Defendant. | NO: CV-21-1890-PHX-SPL (JFM)<br><br>**PLAINTIFF BASKIN'S MOTION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS DEFENDANT(S) DIAZ AND GIABOIAN'S MOTION TO DISMISS OR IN THE ALTERNATIVE, TO TRANSFER** |

    Plaintiff Baskin appears pro se, moves for an (30) day extension of time to respond to Defendant's motion to dismiss, or in the alternative transfer Plaintiff's case filed on January 3, 2023. (Doc. 21).

    Pursuant to Federal Rule of Civil Procedure ("FRPC") 6 (b)(1)(B), Plaintiff respectfully requests that the Court extend, to and until March 6, 2023, the time within which Plaintiff must respond to the Defendant's pending motion to dismiss. Plaintiff's response was due on February 6, 2023. This is Plaintiff's {First} request for an extension of time for the purpose set forth herein.

    In support of this Motion, Plaintiff relies upon the memorandum of points and authorities set forth below.

By _____
Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility Central
P.O. Box 1568
Hutchinson, Kansas 67504
*Plaintiff-Pro se*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January, 20 23. a true and correct copy of the above and foregoing Plaintiff Baskin's Motion For Extension of Time to File Motion to Dismiss Defendants Diaz and Giaboian's Motion to Dismiss or in the alternative transfer, was made by depositing the same in the United States Mail, postage prepaid addressed to the following:

Debra D. Lucas, Chief Executive
District Court Executive/Court Clerk
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street SPC 1
Phoenix, Arizona 85003-2118

Matthew L. Shoger, I.D. #28151
Assistant Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Attorney for Defendants

_____
Benton Gene Baskin, I/M #52888
*Plaintiff-Pro se*

# EXHIBIT A

Name/DOC# __Baskin__
Living Assignment __Bay D1215__   HCF CENTRAL LIBRARY
INDEPENDENT APPOINTMENTS SCHEDULED

You are scheduled at the following times. Please keep this confirmation – it is your responsibility to know when your appointments are. If you miss two appointments, the remainder of your schedule will be cancelled.

| Date | Time | Research | Language/Type Only |
|---|---|---|---|
| 2-13 | 7:15 | | |
| 2-15 | 7:15 | | |
| 2-20 | 7:15 | ✗ | |
| 2-22 | 7:15 | | |

| Date | Time | Research | Language/Type Only |
|---|---|---|---|
| 10-27 | 7:15 | | |
| 10-29 | 7:15 | | |
| 11-3 | 7:15 | ✗ | |
| 11-5 | 7:15 | | |

Employee's signature and date _____

---

Name/DOC# __Baskin__
Living Assignment __Bay D1215__   HCF CENTRAL LIBRARY
INDEPENDENT APPOINTMENTS SCHEDULED

You are scheduled at the following times. Please keep this confirmation – it is your responsibility to know when your appointments are. If you miss two appointments, the remainder of your schedule will be cancelled.

| Date | Time | Research | Language/Type Only |
|---|---|---|---|
| 1-30 | 7:15 | | |
| 2-4 | 8:00 | ✗ | |
| 2-6 | 7:15 | | |
| 2-11 | 8:00 | | |

| Date | Time | Research | Language/Type Only |
|---|---|---|---|
| 2-13 | 7:15 | | |
| 2-18 | 8:00 | ✗ | |
| 2-20 | 7:15 | | |
| 2-25 | 8:00 | | |

Employee's signature and date _____