Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility Central - D-1/#215
P.O. Box 1568
Hutchinson, Kansas 67504-1568
Phone: (620)-662-2321
Fax: (620)-728-3473
E-mail: www.gettingout.com
*Plaintiff-Pro se*



January 31, 2023

**Debra D. Lucas**
District Court Executive/Clerk of Court
Sandra Day O'Connor U.S. Courthouse
　　Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

　　　　　Re: CV-21-01890-PHX-SPL (JFM) <u>Benton Gene Baskin v. Todd Thomas, et al.,</u>
　　　　　Plaintiff Baskin's Motion for Extension of Time to Respond to Defendant
　　　　　WestBrook's Motion to Dismiss & Defendant(s) Diaz and Giaboian's Motion to
　　　　　Dismiss, or in the Alternative Transfer

Dear Ms. Lucas:

　　Please find enclosed the Original(s) and Copie(s) in the above-mentioned Case No: CV-21-01890-PHX- SPL (JFM) Plaintiff Baskin's Motion for Extension of Time to Respond to Defendant WestBrook's Motion to Dismiss & Defendant(s) Diaz and Giaboian's Motion to Dismiss, or in the Altenative Transfer.

　　Consequently, Your prompt attention in regard to filing the above Matter(s) will be greatly appreciated. Further, upon receipt of the Motion(s), please provide Plaintiff with Notice that the motion(s) have been filed.

　　Thank You, for Your Time and Consideration.

　　　　　　　　　　　　　　　　　　/s/ Benton G. Baskin
　　　　　　　　　　　　　　　　　　Benton Gene Baskin, I/M #52888
　　　　　　　　　　　　　　　　　　Plaintiff-Pro se

Enclosures:
　　Exibit A - Appointment Schedule