1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

Benton Gene Baskin,
Plaintiff
-vs-
Todd Thomas, et al.,
Defendants.

CV-21-1890-PHX-SPL (JFM)

**Order**

11   Plaintiff seeks a one-month, first extension of the February 6, 2023 deadlines to

12   respond to the Motion to Dismiss for Lack of Jurisdiction (Doc. 25) the Motion to Dismiss

13   for Lack of Jurisdiction or in the Alternative to Transfer, citing as cause lack of access to

14   the prison law library.  (Motion to Extend, Doc. 25; Motion to Extend, Doc. 26))

15   No response has been timely filed, and the Court deems such lack of response a

16   consent to the granting of the motion.  LRCiv. 7.2(i).

17   **IT IS THEREFORE ORDERED**:

18   (A)  Plaintiff's Motion to Extend (Doc. 25) is **GRANTED**.

19   (B)  Plaintiff's Motion to Extend (Doc. 26) is **GRANTED**.

20   (C)  Plaintiff has through **March 6, 2023** to respond to the Motion to Dismiss for Lack of

21   Jurisdiction (Doc. 25).

22   (D)  Plaintiff has through **March 6, 2023** to respond to the Motion to Dismiss for Lack of

23   Jurisdiction or in the Alternative to Transfer (Doc. 26).

24

25   Dated: February 24, 2023

26   21-1890-025o Order 23 02 23 on Motion to Extend.docx

James F. Metcalf
United States Magistrate Judge

27

28

- 1 -