1  Daniel P. Struck, Bar No. 012377
   Dana M. Keene, Bar No. 033619
2  Courtney Lacaillade, Bar No. 035573
   STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3  3100 West Ray Road, Suite 300
   Chandler, Arizona  85226
4  Telephone:  (480) 420-1600
   dstruck@strucklove.com
5  dkeene@strucklove.com
   clacaillade@strucklove.com
6
   *Attorneys for Defendant Westbrook*
7

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF ARIZONA**

10
   Benton Gene Baskin,                    NO. CV 21-01890-PHX-SPL (JFM)
11
                             Plaintiff,   **DEFENDANT WESTBROOK'S**
12                                         **NOTICE OF NON-OPPOSITION**
                                           **TO PLAINTIFF BASKIN'S**
13        v.                               **MOTION FOR EXTENSION OF**
                                           **TIME TO FILE MOTION TO**
14  Todd Thomas, et al.,                   **DISMISS DEFENDANT**
                                           **WESTBROOK'S MOTION TO**
15                         Defendants.     **DISMISS (Dkt. 31)**

16
           Defendant Westbrook, through counsel, has no objection to Plaintiff's request for an
17
   extension of time to file a response to Defendant Westbrook's Motion to Dismiss.
18

19
           DATED this 14th day of March, 2023.
20
                                          STRUCK LOVE BOJANOWSKI & ACEDO, PLC
21

22
                                          By___/s/ Courtney Lacaillade_____
23                                            Daniel P. Struck
                                              Dana M. Keene
24                                            Courtney Lacaillade
                                              3100 West Ray Road, Suite 300
25                                            Chandler, Arizona 85226

26                                            *Attorneys for Defendant Westbrook*

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Benton Gene Baskin, #52888
HUTCHINSON-KS-HUTCHINSON
D-1/#215
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504

*Plaintiff Pro Se*

/s/ Courtney Lacaillade