Matthew L. Shoger, KS No. 28151
Assistant Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
matt.shoger@ag.ks.gov
785-296-2215
Fax: (785) 291-3767
*Attorney for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Benton Gene Baskin,** | ) |
| | ) Case. No. CV-21-1890-PHX-SPL (JFM) |
| **Plaintiff,** | ) |
| | ) MOTION FOR RECONSIDERATION |
| v. | ) |
| | ) Accompanied by Memorandum in |
| **Todd Thomas,** *et al.*, | ) Support |
| | ) |
| **Defendants.** | ) *(Pro Hac Vice)* |
| | ) |

Defendants (FNU) Giaboian and (FNU) Diaz (the "KDOC Defendants") respectfully request, through Assistant Attorney General Matthew L. Shoger of the state of Kansas, that this Court – or, if this case is transferred, the U.S. District Court for the District of Kansas – reconsider the judgment regarding exhaustion of remedies (Doc. 40 at 16-19) under LRCiv 7.2(g) (or D. Kan. Rule 7.3). A memorandum in support is filed with this motion. The undersigned has been admitted pro hac vice.

DATED this 26th day of July, 2023.

OFFICE OF KANSAS ATTORNEY GENERAL
KRIS W. KOBACH

*/s/ Matthew L. Shoger*
Assistant Attorney General Matthew L. Shoger
*Attorney for the KDOC Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2023, the foregoing document was filed with the clerk of the court by using the CM/ECF system, which will send notice of electronic filing to the following:

Courtney Lacaillade, Dana M. Keene, and Daniel P. Struck
Struck Love Bojanowski & Acedo, PLC
3100 W. Ray Road, Suite 300
Chandler, Arizona 85226
*Attorneys for Defendant Westbrook*

I also certify that a copy of the above was served by means of first-class mail, postage prepaid, addressed to:

Benton Gene Baskin #52888
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504
*Plaintiff, pro se*

*/s/ Matthew L. Shoger*
Matthew L. Shoger
Assistant Kansas Attorney General