IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

Benton Gene Baskin,                             )        No.  CV-21-01890-PHX-SPL (JFM)
                                                )
                    Plaintiff,                  )        **ORDER**
                                                )
vs.                                             )
                                                )
Todd Thomas, et al.,                            )
                                                )
                    Defendants.                 )
                                                )
                                                )

        In light of the Court's August 9, 2023 Order (Doc. 44),

        **IT IS ORDERED** that the Court's August 14, 2023 Order (Doc. 45) and the Clerk's Judgment (Doc. 46) are **vacated**.

        **IT IS FURTHER ORDERED** that Plaintiff's deadline to respond to the Order to Show Cause (Doc. 40) remains **August 21, 2023**.

        Dated this 17th day of August, 2023.

                                                Honorable Steven P. Logan
                                                United States District Judge