Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility East Unit - E2/#271
P.O. Box 1568
Hutchinson, Kansas 67504
Phone: (620)-625-7295
Fax: (620)-728-3473
E-mail: www.gettingout.com
Plaintiff-Pro se



IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Benton Gene Baskin,<br><br>    Plaintiff,<br><br>v.<br><br>Todd Thomas, et al.,<br><br>    Defendants. | NO. CV-21-01890-PHX-SPL (JFM)<br><br>PLAINTIFF BASKIN'S<br>RESPONSE TO COURT'S ORDER<br>AND JUDGMENT OF DISMISSAL<br>IN A CIVIL CASE |

  Plaintiff Benton Gene Baskin, pro se, respectfully responds to Court's Order (Doc. 45). Moves the Court to vacate the judgment of dismissal of his pro se civil rights action pursuant to 42 U.S.C. § 1983 (Doc. 46). Additionally Baskin request the Court to reopen the case and hear the timely filed Response to Court Order to Show Cause why his pro se civil rights action pursuant to 42 U.S.C. § 1983 should be transferred to the District of Kansas instead of dismissed, on the merits and under the prison mailbox rule. (Doc. 40).

  In support of this Motion, Plaintiff Baskin, relies upon the memorandum of points and authorities set forth below.

  I.  <u>MEMORANDUM OF POINTS AND AUTHORITIES</u>

  Federal Rule of Civil Procedure 6(b)(1)(B) permits a party to extend a deadline after it's expiration upon showing of "excusable neglect". The standard

to be applied by a Court under FRPC 6(b)(1)(B) is a liberal one in order to "effectuate the general purpose of seeing that cases are tried on the merits". Ahanehian v. Xenon Pictures, Inc, 624 F.3d 1253, 1258-59 (9th Cir. 2010). "Good cause is a non-rigorous standard that has been construed broadly across procedural and statutory contexts". Id at 1259.

Plaintiff shows the Court that:

1. The Plaintiff's response to Court order to show cause why his pro se civil rights action pursuant to 42 U.S.C. § 1983 should be transferred to the district of Kansas, was placed in the KDOC HCF Internal mail system for mailing on Friday August 18th, 2023.

2. KDOC HCF Corrections Counselor I (CCI) Ms. Robbin L. Hurt, signed the KDOC Account Withdrawal Request (AWR) on August 21, 2023, for mailing to the Court. See Attached Exhibit A.

3. Under the prison mailbox rule, a prisoner's filings are deemed "filed" at the time they are delivered to prison officials for mailing. See Stillman v. LaMarque, 319 F.3d 1199 (9th Cir. 2003).

II. CONCLUSION

For these reasons Plaintiff Baskin, respectfully moves this Court to vacate the judgment of dismissal of his pro se civil rights action pursuant to 42 U.S.C. § 1983, and reopen the case to be tried on the merits.

DATED this 25th day of _____August_____, 20 23 .

BENTON GENE BASKIN

By _____[signature: Benton G. Baskin]_____
Benton Gene Baskin, I/M #52888
Hutchinson Correctional Facility East
P.O. Box 1568
Hutchinson, Kansas 67504

Plaintiff-Pro se

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of _____August_____, 20 23. a true and correct copy of the above and foregoing Plaintiff Baskin's Response to Court's Order And Judgment of Dismissal In A Civil Case, was made by depositing the same in the United States Mail, postage prepaid addressed to the following:

Debra D. Lucas, Chief Executive
District Court Executive/Court Clerk
Sandra Day O'Connor U.S. Courthouse
Suite 130
401 West Washington Street SPC 1
Phoenix, Arizona 85003-2118

Struck Love Bojanowski & Acedo, PLC
Daniel P. Struck
Dana M. Keene
Courtney Lacaillade
3100 West Ray Road, Suite 300
Chandler, Arizona 85220

Attorneys for Defendant Westbrook

Matthew L. Shoger, I.D. #28151
Assistant Kansas Attorney General
120 S.W. 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597

Attorney for Defendants Diaz & Giaboian

_____Benton G. Baskin_____
Benton Gene Baskin, I/M #52888
Plaintiff-Pro se

EXHIBIT A

KANSAS DEPARTMENT OF CORRECTIONS ACCOUNT WITHDRWAL REQUEST

EVIDENCING DATE PLAINTIFF BASKIN DELIVERED
SHOW CAUSE TO PRISON OFFICIALS FOR MAILING

AND DATE CCI MS. ROBBIN L. HURT SENT ORDER TO SHOW CAUSE TO THE HCF MAIL ROOM

# Kansas Department of Corrections
## Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required**

| BASKIN, BENTON, G. | 0052888 | H.C.F. - EU | E2/#271 | 08/18/2023 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:

### Outgoing Funds/Donations

Payable To: _____
         Name

$ _____   _____
Check Amount    Address

_____
City, State, Zip

_____
Purpose/Inmate Benefit Fund Group

Title of Publication*
Frequency – (Circle One)
Yearly   Monthly   Weekly   Daily   Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry into the Community (Warden's Approval Required)

---

(To Be Completed by Mailroom) | **Postage** – (To Be Completed by Inmate)

$ _____
Postage Amount

☐ Postage
☒ Legal/Official Postage (Per K.A.R. 44-12-601)
☐ Certified (Only if Funds are Available)

_____
Verified By

To: MS. DEBRA D. LUCAS, COURT EXECUTIVE
SANDRA DAY O'CONNOR U.S. COURTHOUSE
Name  SUITE 130
401 WEST WASHINGTON STREET, SPC 1
Address
PHOENIX, ARIZONA 85003-2118
City, State, Zip
ORDER TO SHOW CAUSE
Reason

Benton G. Baskin  08-18-23
Inmate Signature   Date
Request Carbon Copy

[signature]  08/21/2023
Unit Team Approval   Date

_____   _____
Handicraft Approval (If Applicable)   Date
Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval   Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds
___ Signature Missing
___ Exceeds Spending Limit
___ Incentive Level
___ Envelope/Order/Stamp Missing
___ Unauthorized Per IMPP/KAR _____

___ Payee Missing
___ Insufficient Address
___ Amount Missing
___ Name/Number – Do Not Match
___ Illegible Information
___ Other _____

_____   _____   _____
Account Processor    Date Withdrawn    Acct. Use

1504a

Kansas Department of Corrections
Account Withdrawal Request
(Complete One Request per Form)
**Attach letter and addressed/stamped envelope when required** E2-271 ✓

| BASKIN, BENTON, G. | 0052888 | H.C.F. - EU | E2/#271 | 08/18/2023 |
|---|---|---|---|---|
| Printed Name | Number | Facility | Unit/Cell Location | Date |

Please pay the following and charge to my account:
**Outgoing Funds/Donations**

Payable To:
_____
Name

$ _____ Address: RECEIVED
Check Amount                AUG 22 2023
City, State, Zip

Purpose/Inmate Benefit Fund Group

I request the use of Forced Savings as provided in IMPP 04-103, for:
(Documentation Required)

☐ Community Identification
☐ Civil Filing, Transcript or Subpoena Fees
☐ Reentry Into the Community (Warden's Approval Required)

Title of Publication*
Frequency – (Circle One)
Yearly Monthly Weekly Daily Other
Number of Issues _____
Expiration Date _____
Publication Price _____
*Book, Magazine or News Paper
(Per IMPP 11-101)

(To Be Completed by Mailroom)  Postage – (To Be Completed by Inmate)
To: MS. DEBRA D. LUCAS, COURT EXECUTIVE
    SANDRA DAY O'CONNOR U.S. COURTHOUSE

$ 2.55     ☐ Postage
Postage Amount

Name: SUITE 130
401 WEST WASHINGTON STREET, SPC 1
Address

☒ Legal/Official Postage
(Per K.A.R. 44-12-601)

PHOENIX, ARIZONA 85003-2118
City, State, Zip

VI                 ☐ Certified
Verified By         (Only if Funds are Available)

ORDER TO SHOW CAUSE
Reason

Benton G. Baskin  08-18-23          [signature] CF  08/21/2023
Inmate Signature    Date             Unit Team Approval    Date

**Request Carbon Copy**

Handicraft Approval (If Applicable)  Date    Religious Approval (If Applicable)   Date

☐ Applies to Outgoing Funds Limit
☐ Does Not Apply to Outgoing Funds Limit
☐ Use of Forced Savings Approval as requested above

Exception Approval   Date

This withdrawal request is being returned for the following reason(s):

___ Insufficient Funds                    ___ Payee Missing
___ Signature Missing                     ___ Insufficient Address
___ Exceeds Spending Limit                ___ Amount Missing
___ Incentive Level                       ___ Name/Number – Do Not Match
___ Envelope/Order/Stamp Missing          ___ Illegible Information
___ Unauthorized Per IMPP/KAR _____       ___ Other _____

Account Processor     Date Withdrawn     Acct. Use

1504a